IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY O'KEEFE,

        Plaintiff,                      No. CIV S-05-1724 GEB GGH P

    vs.

Unnamed,

        Defendants.           <u>ORDER</u>

_____/

        On September 7, 2005, the court granted plaintiff leave to file an amended complaint, and submit an application to proceed in forma pauperis. Plaintiff has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 10/24/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:
okee1724.59